UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PEKIN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-0961-TAB-DFH |
| | ) | |
| MAIN ST. CONS'T., INC., and LYNCH, HARRISON & BRUMLEVE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF FINAL JUDGMENT**

The Court, having granted summary judgment in favor of Plaintiff Pekin Insurance Company as to its declaratory judgment action against Defendants Main Street Construction, Inc. and Lynch, Harrison & Brumleve, Inc. hereby enters final judgment in favor of Plaintiff and against all Defendants as follows: Without exception, Pekin's policies' employer's and contractual liability exclusions preclude coverage for the exposure to liability that prompted LHB's third-party complaint against Main Street. Consequently, Pekin has no duty to defend Main Street against LHB's third-party complaint. Pekin therefore has no legal duty to indemnify Main Street with respect to LHB's third-party complaint.

Dated:   06/01/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies:

Patrick F. Mastrian III
pmastrian@brown-tompkins-lory.com

Mark R. Smith
SMITH FISHER MAAS & HOWARD
msmith@smithfisher.com